# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-52446-bem |
| | * | |
| Angela Kay Jones, | * | CHAPTER   13 |
| AKA Angela Jones; AKA Angela K Jones, | * | |
| | * | |
| Debtor. | * | CONTESTED MATTER |

### MOTION TO EXTEND 11 U.S.C. § 362(a) STAY

**COMES NOW** Debtor and through counsel files this *Motion to Extend 11 U.S.C. § 362(a) Stay*, showing to this Honorable Court the following:

1.

This Court has jurisdiction in this contested matter pursuant to 28 U.S.C. § 1334; LR 83.7A NDGA; and, the Order of Referral entered by the United States District Court Northern District of Georgia on July 12, 1984.  Venue is appropriate pursuant to 28 U.S.C. § 1409.  This matter is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(A)(G) and (O); in the alternative, Debtors expressly consent to this Court's entering an order in this contested matter. This motion is brought pursuant to 11 U.S.C. § 362(c)(3)(B) and F. R. Bankr. P. 9014.

2.

Debtor filed for relief in the instant Chapter 13 case on March 5, 2025.

3.

Debtor was the debtor in a prior bankruptcy case, case #24-61326, which was pending and dismissed within the twelve-month period preceding the filing of the instant case.

4.

Debtor's prior case was dismissed because of failure to make plan payments. In the prior case, Debtor attempted to work out payment arrangements for the rent but was not successful and

had to start the moving process. Also, Debtor has a medical issue in the prior case, and she was out of work for a period of time.

5.

Debtor avers that Debtor can successfully prosecute this case because Debtor has a new lease and is back to work.

WHEREFORE, Debtor prays that the stay under 11 U.S.C. § 362(a) be extended pursuant to 11 U.S.C. §362(c)(3)(B) as to all creditors in this case.

Respectfully submitted,

/s/_____
Thomas Reichard, GA Bar No. 150822
Attorney for Debtor

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-52446-bem |
| | * | |
| Angela Kay Jones, | * | CHAPTER   13 |
| AKA Angela Jones; AKA Angela K Jones, | * | |
| | * | |
| Debtor. | * | CONTESTED MATTER |

**NOTICE OF HEARING ON MOTION TO EXTEND STAY**

**PLEASE TAKE NOTICE** that Angela Kay Jones filed a *Motion to Extend 11 U.S.C. § 362(a) Stay* and related papers with the Court seeking an order to extend the Automatic Stay as to all creditors in this case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:30 A.M**. on **March 19, 2025,** in Courtroom **1402**, United States Courthouse, **75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court,

Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

.

                                              Respectfully submitted
                                              CLARK & WASHINGTON, PC

                                              /s/_____

Clark & Washington, PC                  Thomas Reichard, GA Bar No. 150822
3300 Northeast Expressway             Attorney for Debtors
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## CERTIFICATE OF SERVICE

I certify that on the 07 day of March 2025, I electronically filed the foregoing *Motion to Extend 11 U.S.C. § 362(a) Stay* and *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Angela Jones
PO Box 92
Powder Springs, GA 30127

In addition, I certify that I served all creditors listed in the attached matrix by mailing copies of the motion and notice to the addresses indicated therein.

Dated: 03/07/2025

/s/
Thomas Reichard, GA Bar No. 150822
Attorney for Debtor
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-52446-bem<br>Northern District of Georgia<br>Atlanta<br>Thu Mar  6 15:54:20 EST 2025 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| E. L. Clark<br>Clark & Washington, LLC<br>Bldg. 3<br>3300 Northeast Expwy.<br>Atlanta, GA 30341-3932 | (p)COBB COUNTY MAGISTRATE COURT<br>32 WADDELL STREET NORTHEAST<br>BLDG D FLOOR 2<br>MARIETTA GA 30090-2900 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Current<br>Attn: Bankruptcy<br>217 Centre St #180,<br>New York, NY 10013-3624 | Exeter Finance, LLC<br>Reg. Agent: Corporation Service Company<br>2 Sun Court<br>Suite 400<br>Peachtree Corners, GA 30092-2865 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3206 |
| (p)GWINNETT COUNTY  CLERK OF COURT<br>PO BOX 880<br>LAWRENCEVILLE GA 30046-0880 | Internal Revenue Service<br>401 W. Peachtree St., NW<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 | Angela Kay Jones<br>PO Box 92<br>Powder Springs, GA 30127-0092 |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Midland Credit Management<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Credit Management Inc<br>R.A. Midland Funding, LLC<br>675 Ponce de Leon Ave, NE, Ste. 7500<br>Atlanta, GA 30308-1884 |
| (p)NATHAN & NATHAN  P C<br>ATTN JOHN NATHAN<br>PO BOX 1715<br>BIRMINGHAM AL 35201-1715 | OneMain Financial Group LLC<br>Reg. Agent: C T Corporation System<br>289 S Culver Street<br>Lawrenceville, GA 30046-4805 | Progress Residential Borrower 4,LLC<br>Reg. Agent: Corporation Service Company<br>2 Sun Court<br>Suite 400<br>Peachtree Corners, GA 30092-2865 |
| Purchasing Power, LLC<br>Reg. Agent: C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | (p)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 |
| (p)TRANSFORM CREDIT INC<br>1440 W TAYLOR ST<br># 431<br>CHICAGO IL 60607-4623 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cobb County Magistrate Court<br>32 Waddell Street<br>Marietta, GA 30090 | Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century BLVD NE Suite 9100<br>Atlanta, GA 30345-3202 | Gwinnett County Magistrate Court<br>75 Langley Drive<br>Lawrenceville, GA 30046 |

```
Nathan & Nathan P.C.                Sunbit, Inc                      Transform Credit Inc
P.O.Box  1715                       Attn: Bankruptcy                 Attn: Bankruptcy
Birmingham, AL 35201                10940 Wilshire Blvd               332 S Michigan Ave, 9th Floor
                                    Los Angeles, CA 90024            Chicago, IL 60604


End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22
```